IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CR-162-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAVID ALLAN BLAN, | ) | |
| | ) | |
| Defendant. | ) | |

On April 2, 2026, the court held a hearing on defendant's motion to suppress [D.E. 35]. At the hearing, the court made findings of fact and conclusions of law. As explained in court and incorporated into this order, the court DENIES defendant's motion to suppress [D.E. 35].

Defendant SHALL be placed on the next arraignment calendar. Any intervening period of time is excluded under the Speedy Trial Act in order to permit defendant to decide how he wishes to proceed. The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial. The court excludes the period of delay necessitated by this extension from speedy trial computation under 18 U.S.C. § 3161(h).

SO ORDERED. This _2_ day of April, 2026.

JAMES C. DEVER III
United States District Judge